**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 8, 2011.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-10-00052-CV

————————

**COMPASS BANK, Appellant**

**V.**

**MARHABA PARTNERS LIMITED PARTNERSHIP, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 935955**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 27, 2009. On February 9, 2010, this court was notified that appellee, Marhaba Partners Limited Partnership, had petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-30227. On February 18, 2010, this court ordered the cause abated and treated as a closed case because of the automatic bankruptcy stay. *See* Tex. R. App. P. 8.2.

On October 14, 2011, appellant filed a motion to reinstate the case. *See* Tex. R. App. P. 8.3. According appellant's verified motion, the bankruptcy case was dismissed. This court granted the motion and reinstated the appeal on November 3, 2011.

On December 1, 2011, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.